

cmecfhelpdesk@tnwd.uscourts.gov
08/13/2009 03:24 PM

To: InterdistrictTransfer_LAED@laed.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

```
CASE: 2:09-cv-03275

DETAILS: Case transferred from Louisiana Eastern
has been opened in Western District of Tennessee
as case 2:09-cv-02520, filed 08/13/2009.
```